IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILLIAM RODERICK HILL,**

    Petitioner,

    -vs-                                  No. 04-CV-605  DRH

**TERRY MCCANN,**

    Respondent.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came before the Court on a Report and Recommendation by United States Magistrate Judge Phillip J. Frazier.

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety.

Hill's § 2254 habeas petition is **DISMISSED with prejudice** as his claims are in procedural default.

**NORBERT G. JAWORSKI, CLERK**

December 19, 2006                        BY: s/Patricia Brown
                                                    Deputy Clerk

APPROVED:/s/  David  RHerndon
           **U.S. DISTRICT JUDGE**